# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

**Darrell Scates**

vs.                                                           Case Number:    **09-1271**

**Cremer, et al.**

<u>ORDER</u>

Pursuant to the **2/23/10** mandate, in appellate case number **09-3276**, from the United States Court of Appeals, Seventh Circuit **[22]**, the agency having custody of the plaintiff, **Darrell Scates,** is directed to remit the appellate docketing fee of $455 from his  prison trust fund account if such funds are available.  If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety.  The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 24th day of February, 2010

___s/Harold A. Baker____
HAROLD A. BAKER
U.S. District Judge